UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMON JONES, on behalf of himself and all others similarly situated,

        Plaintiff,

-v-

CRWW, INC.,

        Defendant.

CIVIL ACTION NO. 23 Civ. 6141 (PAE) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

The Complaint in this action was served on August 1, 2023, with Defendant's Answer due on August 22, 2023.  (ECF No. 6).  No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **August 30, 2023,** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Paul A. Engelmayer, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **September 13, 2023**.

Dated:    New York, New York
            August 23, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**