**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DAMON JONES, on behalf of himself and all others similarly situated,

                Plaintiff,                23 **CIVIL** 6141 (PAE)(SLC)

-against-                         **JUDGMENT**

CRWW, INC.,

                Defendants.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated October 02, 2023, the Court accepts and adopts Judge Cave's Report in its entirety. The Court thus dismisses this action, without prejudice, for failure to prosecute; accordingly, the case is closed.

**Dated:**  New York, New York

      October 03, 2023

                                              **RUBY J. KRAJICK**

                                                **Clerk of Court**

                          **BY:**

                                              **Deputy Clerk**